No. 25-1808

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

Green & Healthy Homes Initiative, *et al.*,

*Plaintiffs-Appellees*,

v.

Environmental Protection Agency, *et al.*,

*Defendants-Appellants*.

On Appeal from the United States District Court
for the District of Maryland

(The Honorable Adam B. Abelson,
United States Judge for the District of Maryland)

## CONSENT MOTION TO STAY DUE TO LAPSE IN APPROPRIATIONS

Appellant, with Appellees' consent, respectfully moves to stay this appeal due to the lapse in federal appropriations. A lapse in appropriations began on October 1, 2025. During this time, government components must suspend operations funded by those appropriations, with limited exceptions. Although undersigned counsel is an excepted employee, the defense of civil matters such as the instant case generally is not an excepted function. As a result, undersigned counsel is not permitted to

continue work on this case until appropriations are restored.  *See* 31 U.S.C. § 1342 (volunteer services not permitted).

Appellant respectfully requests a stay until funding is restored.  Once funding is restored, the Parties will immediately confer and submit a revised briefing schedule to the Court.

October 1, 2025	Respectfully Submitted,

KELLY O. HAYES
United States Attorney, District of Maryland

/s/ Molissa Farber
Molissa Farber
Assistant U.S. Attorney
U.S. Attorney's Office, District of Maryland
36 S. Charles Street, 4th Floor
Baltimore, MD  21201
(410) 209-4800
molissa.farber@usdoj.gov

*Counsel for Appellants*