FILED: October 2, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1808
(1:25-cv-01096-ABA)

_____

GREEN & HEALTHY HOMES INITIATIVE, INC.; MINNEAPOLIS FOUNDATION; PHILANTHROPY NORTHWEST

      Plaintiffs - Appellees

v.

ENVIRONMENTAL PROTECTION AGENCY; LEE ZELDIN, in his official capacity as Administrator, United States Environmental Protection Agency

      Defendants - Appellants

_____

O R D E R

_____

Upon consideration of the consent motion to stay due to lapse in appropriations, the court grants the motion and suspends briefing pending further order of the court.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk