FILED:  March 2, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 25-1808
(1:25-cv-01096-ABA)

———————————

GREEN & HEALTHY HOMES INITIATIVE, INC.; MINNEAPOLIS
FOUNDATION; PHILANTHROPY NORTHWEST

   Plaintiffs - Appellees

v.

ENVIRONMENTAL PROTECTION AGENCY; LEE ZELDIN, in his official
capacity as Administrator, United States Environmental Protection Agency

   Defendants - Appellants

———————————

O R D E R

———————————

The court grants an extension of the briefing schedule. Any further request

for an extension of time in which to file the response brief shall be disfavored. The

briefing schedule is extended as follows:

Response brief due: 04/27/2026

Any reply brief: 21 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk