# No. 25-1808

**GREEN & HEALTHY HOMES INITIATIVE,** *ET AL.*,

*Plaintiffs-Appellees,*

v.

**ENVIRONMENTAL PROTECTION AGENCY,** *ET AL.*,

*Defendants-Appellants.*

On Appeal from the United States District Court
for the District of Maryland

(The Honorable Adam B. Abelson,
United States District Judge for the District of Maryland)

## CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF

Pursuant to Federal Rule of Appellate Procedure 26(b) and Fourth Circuit Local Rule 31(c), Appellees respectfully move for a 15-day extension of time to file their response brief, from Monday, April 27, 2026, to and including Tuesday, May 12, 2026. In support thereof, Appellees state as follows:

1. Following a temporary administrative stay due to a lapse in federal appropriations last year, this Court entered an updated briefing schedule for this

appeal on November 17, 2025, setting an opening brief deadline of December 29, 2025. ECF No. 22.

2.      With Appellees' consent, Appellants filed a motion on December 16, 2025, seeking an extension of time to file their opening brief and joint appendix. The Court subsequently extended the deadline to February 13, 2026.

3.      Appellees filed a consent motion to extend the response and reply deadlines by 45 days on February 27, 2026. ECF No. 29. On March 2, 2026, the Court granted that motion, ECF No. 30, and set the following briefing deadlines:

- Appellees' Response Brief: April 27, 2026

- Appellants' Reply Brief: 21 days from service of the response brief

4.      Good cause exists for an extension because this appeal presents several complex issues, and counsel for the three sets of Appellees are collaborating on a joint response, which requires additional time for coordination. An extension of 15 days will allow Appellees to prepare a complete and thorough response.

5.      Good cause also exists due to competing professional obligations, including several that have arisen since the current briefing schedule was set. These responsibilities include preparing and responding to several dispositive

motions in state and federal courts,[1] assisting with oral argument preparation in cases before the Supreme Court of Maryland and the Supreme Court of Delaware,[2] and preparing for and taking the depositions of two key witnesses in a matter pending in federal district court in Texas.[3]

6.  Counsel for Appellants have been advised of this motion and indicated that they consent to Appellees' request for a 15-day extension of time. An additional brief extension of time will not prejudice any party. Appellees have agreed not to oppose a reciprocal extension of time for Appellants' reply brief.

For the foregoing reasons, Appellees respectfully request a 15-day extension of time to file their response brief, to and including May 12, 2026.

---

[1] *See Smith v. Westminster Mgmt., LLC*, Case No. 24-C-17-004797 (Cir. Ct. Balt. City) (summary judgment motion filed April 9, 2026; opposition to motion to decertify class due April 23, 2026, in response to motion filed April 9); *John Doe v. State of Maryland*, Case No. C-24-CV-25-005303 (Cir. Ct. Balt. City) (opposition to summary judgment motion filed April 14, 2026); *Melba Taylor v. United States Dep't of Educ.*, Civil Case No. 26-402 (D. Md.) (summary judgment motion due April 17, 2026, pursuant to court order entered April 8, 2026); *Covenant Aviation Sec., LLC v. United States*, No. 1:26-cv-00409 (Fed Cl.) (amended complaint filed March 25, 2026; response to motion to dismiss due by April 21, 2026); *In re: State CVA Cases*, Case No. C-24-25-009463 (Cir. Ct. Balt. City) (hearings on motions to dismiss on May 4–5, 2026, pursuant to scheduling order entered April 7, 2026).

[2] *Board of Educ. for Wicomico Cnty. v. Sturm*, SCM-Reg-0054-2025 (Md.) (oral argument held on April 9, 2025); *Michael Patterson v. Lady Benjamin Cannon, f/k/a Ben Cannon*, No. 505, 2025 (Del.) (argument set on March 26, 2026, and held on April 15, 2026).

[3] *United States of America, ex rel. Angela Gomez and Christopher Hicks v. Koman Constr., LLC*, Case No. 3:20-cv-00252-KC (W.D. Tex.) (depositions noted on April 10, 2026, to be taken April 27–29, 2026).

Respectfully submitted,

/s/ *Jessica C. Abrahams*

Jessica C. Abrahams
Lora A. Brzezynski
Faegre Drinker Biddle & Reath LLP
1500 K Street NW, Suite 1100
Washington, DC 20005
Phone: 202-230-5000
Fax: 202-842-8465
jessica.abrahams@faegredrinker.com
lora.brzezynski@faegredrinker.com

*Attorneys for Plaintiff*
*The Minneapolis Foundation*

/s/ *Andrew D. Freeman*

Andrew D. Freeman
Joshua N. Auerbach
Neel K. Lalchandani
Brown, Goldstein & Levy, LLP
120 E. Baltimore Street, Suite 2500
Baltimore, MD 21202
Phone: 410-962-1030
Fax: 410-385-0869
adf@browngold.com
jauerbach@browngold.com
nkl@browngold.com

*Attorneys for Plaintiff Green &*
*Healthy Homes Initiative, Inc.*

/s/ *Jonathan A. DeMella*

Jonathan A. DeMella
Charles M. English, Jr.
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Phone: 206-757-8338
Fax: 206-757-7338
jonathandemella@dwt.com
chipenglish@dwt.com

*Attorneys for Plaintiff*
*Philanthropy Northwest*

Dated: April 16, 2026

4