FILED: April 16, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1808
(1:25-cv-01096-ABA)

_____

GREEN & HEALTHY HOMES INITIATIVE, INC.; MINNEAPOLIS
FOUNDATION; PHILANTHROPY NORTHWEST

     Plaintiffs - Appellees

v.

ENVIRONMENTAL PROTECTION AGENCY; LEE ZELDIN, in his official
capacity as Administrator, United States Environmental Protection Agency

     Defendants - Appellants

_____

O R D E R

_____

The court extends the briefing schedule as set forth below, but counsel is advised that no further extensions will be granted for filing the response brief absent a showing of extraordinary circumstances.

Response brief due: 05/12/2026

Any reply brief: 21 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk