**No. 25-1808**

---

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

---

U.S. Environmental Protection Agency, et al.,
Defendants-Appellants

v.

Green & Healthy Homes Initiative, Inc., et al.
Plaintiffs-Appellees

---

On Appeal from the United States District Court for the District of Maryland,
Case No. 1:25-cv-01096 Hon. Adam B. Abelson

---

## MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE* PROFESSOR STEVEN L. SCHOONER IN SUPPORT OF PLAINTIFFS-APPELLEES AND AFFIRMANCE

---

Nathaniel E. Castellano
Catherine G. Katz
Miguel E. Serrano
FRESHFIELDS US LLP
700 13th Street NW, 10th Floor
Washington, D.C. 20005
(202) 777-4500

Jayna Marie Rust
THOMPSON COBURN LLP
1909 K Street NW, Suite 600
Washington, D.C. 20006
(202) 585-6929

David Y. Livshiz
FRESHFIELDS US LLP
3 World Trade Center, 52nd Floor
175 Greenwich Street
New York, New York 10007
(212) 277-4000
david.livshiz@freshfields.com

*Counsel for Amicus Curiae*

Pursuant to Federal Rule of Appellate Procedure 29(a)(3), Professor Steven L. Schooner, by undersigned counsel, respectfully moves for leave to file an *amicus curiae* brief in these proceedings.  Professor Schooner seeks to appear on behalf of Plaintiffs-Appellees and in support of affirmance.  Plaintiffs-Appellees consent to this motion.  Counsel for Defendants-Appellants have indicated that they take no position with respect to this motion.

As the accompanying brief explains, this appeal asks the Court to resolve complex jurisdictional and remedial questions which depend upon the nature of federal contracts, grants, cooperative agreements, and the U.S. Court of Federal Claims.  Professor Schooner's brief will undoubtedly assist the Court in that endeavor.

Professor Schooner is the Nash & Cibinic Professor of Government Procurement Law at The George Washington University Law School.  He is interested in ensuring that contractors, grantees, and others who do business with the Government and/or participate in Government funded programs are treated fairly when pursuing their rights and remedies.  He is also interested in ensuring that public institutions—particularly the courts—appreciate and account for the many ways that Congressional mandates, public contracts, grants, cooperative agreements, and other funding mechanisms impact the trajectory of our nation and public's quality of life.

A former senior public policy official (Associate Administrator for Procurement Law and Legislation within the U.S. Office of Management and Budget's Office of Federal Procurement Policy) and U.S. Department of Justice litigator, Professor Schooner is one of the world's leading experts in public procurement law and policy.  He has written extensively in this area; his scores of publications include the co-authored *Government Contracts Reference Book: A Comprehensive Guide to the Language of Procurement.*

For the foregoing reasons, the Court should grant leave to file the proposed *amicus curiae* brief.

Dated:  May 19, 2026

/s/     David Y. Livshiz

Nathaniel E. Castellano
Catherine G. Katz
Miguel E. Serrano
FRESHFIELDS US LLP
700 13th Street NW, 10th Floor
Washington, D.C. 20005
(202) 777-4500

Jayna Marie Rust
THOMPSON COBURN LLP
1909 K Street NW, Suite 600
Washington, D.C. 20006
(202) 585-6929

David Y. Livshiz
FRESHFIELDS US LLP
3 World Trade Center, 52nd Floor
175 Greenwich Street
New York, New York 10007
(212) 277-4000
david.livshiz@freshfields.com

*Counsel for Amicus Curiae*