# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

May 20, 2026

_____

RESPONSE REQUESTED

_____

No.   25-1808,    <u>Green & Healthy Homes Initiative, Inc. v. EPA</u>
1:25-cv-01096-ABA

TO:    Lee M. Zeldin
United States Environmental Protection Agency

RESPONSE DUE: 06/01/2026

Response is required to the motion for leave to file brief of amicus curiae on or before 06/01/2026.

T. Webb, Deputy Clerk
804-916-2702