FILED:  July 17, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1808
(1:25-cv-01096-ABA)

_____

GREEN & HEALTHY HOMES INITIATIVE, INC.; MINNEAPOLIS
FOUNDATION; PHILANTHROPY NORTHWEST

      Plaintiffs - Appellees

v.

ENVIRONMENTAL PROTECTION AGENCY; LEE ZELDIN, in his official
capacity as Administrator, United States Environmental Protection Agency

      Defendants - Appellants

_____

O R D E R

_____

The court grants the motion to extend filing time and extends the time for

filing the reply brief to 07/24/2026. Counsel is advised that no further extensions

will be granted for filing the reply brief absent a showing of extraordinary

circumstances.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk