UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
RESPONSE – SIMILAR CASES

Appeal No. & Caption: 25-1808 Green and Healthy Homes Initiative, Inc. v. EPA

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☑ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

Sustainability Inst. v. Trump, Appeal No. 26-2040 (4th Cir.). In case involving termination of EPA grants, the Fourth Circuit held that the district court lacked jurisdiction to consider a challenge to the grant terminations and that, under the Tucker Act, the Court of Federal Claims had exclusive jurisdiction. The environmental organizations petitioned for rehearing en banc and that petition is pending.

Signature: *Melissa Farber* Counsel for: EPA, Lee Zeldin

Date: 9/11/2026

**File using event:** RESPONSE/ANSWER (to Similar Case notice)