**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 14, 2026

---

RULE 46 OVERDUE RESPONSE

---

No. 25-1808, Green & Healthy Homes Initiative, Inc. v. EPA
1:25-cv-01096-ABA

TO:
Jonathan Adam DeMella
Andrew D. Freeman
Neel K. Lalchandani
Charles Morton English
Joshua Neal Auerbach

RESPONSE/ANSWER DUE: September 17, 2026

The court previously directed that you file a response indicating counsel's knowledge of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. We have not received your response. You must remedy this default within 3 days. Failure to comply with the Court's rules and instructions may result in initiation of disciplinary action under **Local Rule 46(g)**. Please use the following form to submit response: **Response - Similar Cases**, using the event: RESPONSE/ANSWER (to Similar Case notice).

P. Ballard, Deputy Clerk
804-916-2702